IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RICHARD MCCOY                                                                                   PLAINTIFF

V.                                          CIVIL NO. 6:14-CV-06045-BAB

JOHN SCHROEDER                                                                                DEFENDANT

# JUDGMENT

Plaintiff Richard McCoy filed this case *pro se* pursuant to 42 U.S.C. § 1983 on April 4, 2014.  ECF No. 1.  The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  ECF No. 12.

Pursuant to this authority, the Court held a bench trial on September 14, 2015.  At the close of the evidence in this matter, the undersigned issued findings of fact and conclusion of law on the record.  In accordance with these findings and conclusions, the undersigned dismissed Plaintiff's individual capacity claim against Defendant Schroeder with prejudice.

Accordingly, the undersigned now issues this Judgment.  Plaintiff Richard McCoy's claim, brought pursuant to 42 U.S.C. § 1983 against Defendant Schroeder, in his individual capacity, is **DISMISSED** with prejudice.

**IT IS SO ORDERED this 16th day of September 2015.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE